**Denied and Opinion Filed July 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00483-CV

## IN RE ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL ARREDONDO, DECEASED AND NEXT FRIEND OF MINOR CHILDREN, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07257**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Nowell
Opinion by Justice Nowell

The underlying proceeding ended in a mistrial on February 4, 2019 and is scheduled for a new trial on September 30, 2019. In this original proceeding, relators seek a writ of mandamus directing the trial court to vacate a February 3, 2019 order sustaining the defendants' Motion in Limine No. 18 and to vacate a February 4, 2019 order sanctioning relators' attorney for violating Motion in Limine No. 18 and Motion in Limine No. 40. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX.

R. App. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190483F.P05